```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :    25cr249-2(DLC)
             -v-                         :
                                         :        ORDER
HARRINGTON DELAHOZ,                      :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth on the record on July 14, 2025, it is hereby

ORDERED that the defendant Harringon DeLaHoz (D.O.B. 2/17/1979) is remanded to the custody of the United States Marshal's Service.

Dated:     New York, New York
           July 14, 2025

                                        _____
                                             DENISE COTE
                                        United States District Judge