```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :     25cr249-2(DLC)
          -v-                           :
                                        :         ORDER
HARRINGTON DELAHOZ,                     :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 23, 2025, defendant's attorney filed a letter motion of the docket requesting to be relieved as counsel for the defendant. On October 30, defense counsel filed a letter requesting that the motion be withdrawn and the defendant be allowed to proceed with current counsel and enter a change of plea. Accordingly, it is hereby

ORDERED that a conference to address the defendant's letters and, should he wish, enter a change of plea is scheduled for November 6, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:  New York, New York
        October 31, 2025

                                         _____
                                              DENISE COTE
                                         United States District Judge